

MICHAEL EINBINDER (ME-3930)
MATTHEW DAVID BROZIK (MB-6026)
EINBINDER & DUNN, LLP
*Counsel for Plaintiffs*
104 WEST 40th STREET
NEW YORK, NEW YORK 10018
(212) 391-9500
(212) 391-9025 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Burger I, Inc.,<br>New York Burger II, Inc.,<br>New York Burger Co. LLC,<br>New York Burger Co. Franchising LLC,<br>New York Burger Co. Brands LLC,<br>Madeline Poley, and Spiros Zisimatos,<br>　　　　　　　　　　　　　　Plaintiffs,<br><br>- against -<br><br>New York Steak & Burger Co Inc.,<br>　　　　　　　　　　　　　　Defendant. | Case No._____<br><br>**PLAINTIFFS'**<br>**RULE 7.1 STATEMENT** |

　　　Each of the plaintiffs herein is a non-governmental entity. No publicly held corporation owns 10% or more of the stock of any one of them. Plaintiffs New York Burger I, Inc. and New York Burger II, Inc. are wholly-owned subsidiaries of New York Burger Co. LLC. No other plaintiff has a parent corporation.

Dated: New York, New York
　　　　February 21, 2008

　　　　　　　　　　　　　　　　　　EINBINDER & DUNN, LLP

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Matthew David Brozik (MB-6026)
　　　　　　　　　　　　　　　　　　　Michael Einbinder (ME-3930)
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*
　　　　　　　　　　　　　　　　　　104 West 40th Street
　　　　　　　　　　　　　　　　　　New York, New York 10018
　　　　　　　　　　　　　　　　　　Telephone: (212) 391-9500
　　　　　　　　　　　　　　　　　　Facsimile: (212) 391-9025