*Marrero, J*

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

New York Burger I, Inc.,
New York Burger II, Inc.,
New York Burger Co. LLC,
New York Burger Co. Franchising LLC,
New York Burger Co. Brands LLC,
Madeline Poley, and Spiros Zisimatos,

                           Plaintiffs,

- against -

New York Steak & Burger Co Inc.,

                           Defendant.

08 CV 01809 (VM) (HP)

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, defendant not having served an answer or a motion for summary judgment, pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure the above action is hereby dismissed without prejudice.

EINBINDER & DUNN, LLP

By: _____
Matthew David Brozik (MB-6026)
*Attorney for the Plaintiffs*
*New York Burger I, Inc.,*
*New York Burger II, Inc.,*
*New York Burger Co. LLC,*
*New York Burger Co. Franchising LLC,*
*New York Burger Co. Brands LLC,*
*Madeline Poley, and Spiros Zisimatos,*
104 W. 40th Street
New York, New York 10018
(212) 391-9500

To:    CLERK OF COURT
        United States District Court, S.D.N.Y.

        SCHWEITZER CORNMAN GROSS & BRONDELL LLP
        Meyer Gross, Esq.
        292 Madison Avenue
        New York, New York 10017

**SO ORDERED:**

4-2-08 _____
DATE    VICTOR MARRERO, U.S.D.J.